

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1 KHAOPHONE SYCHANTHA

    Defendant.
_____/

```
JUDGE : Hood, Denise Page
DECK  : Det/AA Judge Crim Deck
DATE  : 12/29/2005 @ 13:58:06
CASE NUMBER : 2:05CR81165
sealed indictment (1 dft) tam
```

MAGISTRATE JUDGE PAUL J. KOMIVES

INDICTMENT

THE GRAND JURY CHARGES:

COUNT ONE
(21 U.S.C. §§841, 846–Conspiracy to Possess with
with Intent to Distribute and to Distribute Marijuana and MDMA )

D-1 KHAOPHONE SYCHANTHA

That from on or about May 1, 2003 to on or about May 26, 2005, in the Eastern District of Michigan, Southern Division in Wayne County and elsewhere, KHAOPHONE SYCHANTHA, defendant herein, did knowingly, intentionally and unlawfully combine, conspire, confederate and agree with various persons whose names are both known and unknown to the Grand Jury, to commit an offense against the United States, that is, to knowingly, intentionally and unlawfully possess with intent to distribute 3,4-Methylenedioxymethamphetamine (MDMA), commonly known as ecstasy, a Schedule I Controlled Substance, and more than 100 kilograms of marijuana, a Schedule I Controlled

Substance, contrary to the provisions of Sections 841(a)(1) & 841(b)(1)(A)(vii) of Title 21, United States Code.

It was part of the ways and means of this unlawful conspiracy that defendant KHAOPHONE SYCHANTHA would arrange for couriers to take MDMA, commonly known as ecstacy, and marijuana from Windsor, Ontario to Detroit, Michigan for further distribution of MDMA and marijuana in the United States.

All in violation of Section 846 of Title 21, United States Code.

THIS IS A TRUE BILL

s/FOREPERSON

STEPHEN J. MURPHY
United States Attorney

s/Karl Overman
Assistant U.S. Attorney

Date:

ORIGINAL

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | Companion Case Number: 05-80573 |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: Gerald E. Rosen |
| ☒ Yes      ☐ No | AUSA's Initials: K.O. |

Case Title: USA v.  D-1 Khaophone Sychantha

County where offense occurred : Wayne

Check One:      ☒ Felony           ☐ Misdemeanor           ☐ Petty

____Indictment/____Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [Case number:         ]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information:

Superseding to Case No: _____      Judge: _____

☐   Original case was terminated; no additional charges or defendants.
☐   Corrects errors; no additional charges or defendants.
☐   Involves, for plea purposes, different charges or adds counts.
☐   Embraces same subject matter but adds the additional defendants or charges below:

**Defendant name**             **Charges**

---

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

December 29, 2005
Date

*/s/ Karl Overman*
Karl Øverman
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone:  (313) 226-9604
Fax: (313) 226-5464
E-Mail address:  Karl.Overman@usdoj.gov
Attorney Bar #:  P23530

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

5/20/04